Slip Op. 02-101

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  SENIOR JUDGE NICHOLAS TSOUCALAS

———————————————————————————————

|  |  |  |
|---|---|---|
| FORMER EMPLOYEES OF BLACK AND DECKER POWER TOOLS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Court No. |
| | : | 02-00338 |
| CHAO, UNITED STATES SECRETARY OF LABOR, | : | |
| | : | |
| Defendant. | : | |

———————————————————————————————

### J U D G M E N T

This Court, having received and reviewed the U.S. Department of Labor's Revised Determination on Remand whereby the plaintiffs were found to be eligible to apply for Trade Adjustment Assistance, and the plaintiffs having stated that no response to the Revised Determination on Remand will be submitted by them, it is hereby

**ORDERED** that the Revised Determination on Remand filed by the Department of Labor on August 26, 2002, is affirmed in its entirety; and it is further

**ORDERED** that this case is dismissed.

_____
Nicholas Tsoucalas, Senior Judge

Dated:  August 30, 2002
          New York, New York